# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICHARD JOHNSON

NO. 2020 KW 0237

MAY 2 8 2020

---

In Re:   Richard Johnson, applying for supervisory writs, 22nd
         Judicial District Court, Parish of St. Tammany, No.
         251559.

---

BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT DENIED.**

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT